```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
SECURITIES AND EXCHANGE COMMISSION, :                         Civil Action No.
                                                              :
            Plaintiff,                                        :          03 Civ. 2937 (WHP)
                                                              :
      –  against –                                            :
                                                              :
BEAR, STEARNS & CO. INC.,                                     :
                                                              :
            Defendant.                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                                              :
            Plaintiff,                                        :          Civil Action No.
                                                              :
      – against –                                             :          03 Civ. 2938 (WHP)
                                                              :
JACK BENJAMIN GRUBMAN,                                        :
                                                              :
            Defendant.                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                                              :
            Plaintiff,                                        :          Civil Action No.
                                                              :
      – against –                                             :          03 Civ. 2939 (WHP)
                                                              :
J.P. MORGAN SECURITIES INC.,                                  :
                                                              :
            Defendant.                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                              :         Civil Action No.
              Plaintiff,                      :
                                              :         03 Civ. 2940 (WHP)
       – against –                            :
                                              :
LEHMAN BROTHERS, INC.,                        :
                                              :
              Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                              :         Civil Action No.
              Plaintiff,                      :
                                              :         03 Civ. 2941 (WHP)
       – against –                            :
                                              :
MERRILL LYNCH, PIERCE, FENNER &               :
SMITH INCORPORATED,                           :
                                              :
              Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                              :         Civil Action No.
              Plaintiff,                      :
                                              :         03 Civ. 2942 (WHP)
       – against –                            :
                                              :
U.S. BANCORP PIPER JAFFRAY, INC.,             :
                                              :
              Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                              :        Civil Action No.
                    Plaintiff,                :
                                              :        03 Civ. 2943 (WHP)
          – against –                         :
                                              :
UBS WARBURG LLC,                              :
                                              :
                    Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                              :        Civil Action No.
                    Plaintiff,                :
                                              :        03 Civ. 2944 (WHP)
          – against –                         :
                                              :
GOLDMAN, SACHS & CO.,                  :
                                              :
                    Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
SECURITIES AND EXCHANGE COMMISSION, :
                                              :        Civil Action No.
                    Plaintiff,                :
                                              :        03 Civ. 2945 (WHP)
          – against –                         :
                                              :
CITIGROUP GLOBAL MARKETS, INC., F/K/A  :
SALOMON SMITH BARNEY INC.,             :
                                              :
                    Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
SECURITIES AND EXCHANGE COMMISSION, :
                                                         :      Civil Action No.
                 Plaintiff,                              :
                                                         :      03 Civ. 2946 (WHP)
         – against –                                     :
                                                         :
CREDIT SUISSE FIRST BOSTON LLC,                          :
F/K/A CREDIT SUISSE FIRST BOSTON                         :
CORPORATION,                                             :
                                                         :
                 Defendant.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
SECURITIES AND EXCHANGE COMMISSION, :
                                                         :      Civil Action No.
                 Plaintiff,                              :
                                                         :      03 Civ. 2947 (WHP)
         -- against –                                    :
                                                         :
HENRY McKELVEY BLODGET,                                  :
                                                         :
                 Defendant.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
SECURITIES AND EXCHANGE COMMISSION, :
                                                         :      Civil Action No.
                 Plaintiff,                              :
                                                         :      03 Civ. 2948 (WHP)
         – against –                                     :
                                                         :
MORGAN STANLEY & CO. INCORPORATED, :
                                                         :
                 Defendant.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x




- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

SECURITIES AND EXCHANGE COMMISSION, :

                            Plaintiff,    :

        – against –          :

DEUTSCHE BANK SECURITIES INC.,    :

                     Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION, :

                            Plaintiff,    :

        – against –          :

THOMAS WEISEL PARTNERS LLC,    :

                     Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No.

04 Civ. 6909 (WHP)

Civil Action No.

04 Civ. 6910 (WHP)

## ORDER

WILLIAM H. PAULEY III, District Judge:

        The Court has reviewed the parties' letter submission of August 3, 2009 requesting further amendment to Addendum A to the Final Judgment in these matters. The Court requires clarification from the parties on how §I.10.a, if revised as proposed, will be enforced. The parties are directed to submit a letter to the Court on this point by November 30, 2009.

Dated: November 16, 2009
      New York, New York

                                         WILLIAM H. PAULEY III
                                 UNITED STATES DISTRICT JUDGE